*Judge Urbina* (signature)

In The
# United States District Court
for the District of Columbia

United States of America,

    *Respondent*

versus

Aaron Thorpe,

    *Petitioner*

Case № 03-0174 (RMU)

## MOTION FOR POST-CONVICTION RELIEF

Petitioner Aaron Thorpe, a prisoner in federal custody [...] District Court for the District of Columbia, through [...] motion, pursuant to 28 U.S.C. § 2255 and any other [...] entry of an order granting him a new sentencing hearing [...] court deems just. At the time of the initial sentencing hearing, the Court and parties believed they were bound by the Federal Sentencing Guidelines and that the Court was compelled to sentence Mr. Thorpe to no less than 84 months if no downward departure was deemed appropriate. Given the significant changes in Federal sentencing law post-conviction, the Petitioner moves for reconsideration and sentencing relief pursuant to United States v. Booker, 2005 WL 50108 (U.S.), decided on January 12, 2005.

WHEREFORE, based upon the above and any additional information that comes to light at a hearing on this matter, the Petitioner respectfully moves the court to grant him a new sentencing hearing, a new sentence and/or such other relief as it deems just and proper.

CASE NUMBER 1:05CV02260
JUDGE: Ricardo M. Urbina
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 11/21/2005